**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 25-1010**

---

KAROLINA SORENSSON,

        Plaintiff - Appellant,

    v.

ASA BUCK, Sheriff; SHAWNA ENDERLE, Deputy Sheriff; CARTERET COUNTY,

        Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern District of North Carolina, at New Bern. Louise W. Flanagan, District Judge. (4:21-cv-00094-FL)

---

Submitted: October 16, 2025                    Decided: October 20, 2025

---

Before KING, AGEE, and RICHARDSON, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Karolina Sorensson, Appellant Pro Se. Bradley O. Wood, WOMBLE BOND DICKINSON (US) LLP, Winston-Salem, North Carolina, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Karolina Sorensson seeks to appeal the district court's order dismissing her 42 U.S.C. § 1983 complaint for failure to prosecute. We dismiss the appeal for lack of jurisdiction because the notice of appeal was not timely filed.

In civil cases, parties have 30 days after the entry of the district court's final judgment or order to note an appeal, Fed. R. App. P. 4(a)(1)(A), unless the district court extends the appeal period under Fed. R. App. P. 4(a)(5) or reopens the appeal period under Fed. R. App. P. 4(a)(6). "[T]he timely filing of a notice of appeal in a civil case is a jurisdictional requirement." *Bowles v. Russell*, 551 U.S. 205, 214 (2007).

The district court entered its order on June 14, 2024, and the appeal period expired on July 15, 2024. Sorensson filed the notice of appeal on December 18, 2024. Because Sorensson failed to file a timely notice of appeal or obtain an extension or reopening of the appeal period, we dismiss the appeal.

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*

2